IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | CAUSE NO. 4:25-CR-00269 |
| HUGO ALEJANDRO MOYA CAMPOS | § § | |

**ENTRY OF APPEARANCE OF COUNSEL**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the undersigned counsel and files this notice of appearance on behalf of Defendant, Hugo Alejandro Moya Campos.

[ X ]  I wish to enter my appearance as retained counsel for the above named defendant(s) in this cause.

[ X ]  I understand that it is my duty to continue to represent the named defendant(s) in connection with all matters relating to this case, and in connection with all proceedings therein in this case, and in connection with all proceedings therein in this court; to assist him with any trial which he desires, and to represent him in any such trial until a final judgment has been entered; unless and until after a written motion filed by me, I am relieved by Order of the Court.

Dated: June 3, 2025

Respectfully submitted,

By: _____
Wade B. Smith
State Bar No. 24080313
LOONEY SMITH CONRAD & HEFTI, P.C.
11767 Katy Freeway, Ste. 740
Houston, TX 77079
Ph.No. (281) 597-8818
Fax.No. (281) 597-8284

## CERTIFICATE OF SERVICE

 I, Wade B. Smith, do hereby certify that a true copy of the foregoing instrument was electronically served on the United States Attorney for the Southern District of Texas, Houston Division, on June 3, 2025 through the CM/ECF filing system.

By: _____
   Wade B. Smith