IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | CAUSE NO. 4:25-CR-00269 |
| HUGO ALEJANDRO MOYA CAMPOS | § | |

## AGREED MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Hugo Alejandro Moya Campos, and makes his Agreed Motion for Continuance, and in support would show as follows:

This case is set for Pretrial Conference on November 5, 2025 and Trial on November 10, 2025.

The undersigned has had discussions with the Government, and due to the status of voluminous discovery and investigation in this case additional time is needed for the Government to complete the download of remaining devices and make those downloads available to the defense, which will be held with the case agent in Bryan, Texas. Furthermore, the Defense is continuing to investigate certain defensive theories, which requires additional time.

The Government joins the Defense in requesting that this matter be continued for at least 120 days so that discovery can be completed.

Dated: October 31, 2025

Respectfully submitted,

By:_____
Wade B. Smith
State Bar No. 24080313
LOONEY SMITH CONRAD & HEFTI, P.C.
11767 Katy Freeway, Ste. 740
Houston, TX 77079
Ph.No. (281) 597-8818
wbsmith@lschlaw.com

## CERTIFICATE OF CONFERENCE

I, Wade B. Smith, do hereby certify that I have conferred with Christine Lu, AUSA in charge of this case, who joins and agrees with this motion.

By: _____
Wade B. Smith

## CERTIFICATE OF SERVICE

I, Wade B. Smith, do hereby certify that a true copy of the foregoing instrument was electronically served on the United States Attorney for the Southern District of Texas, Houston Division, on October 31, 2025 through the CM/ECF filing system.

By: _____
Wade B. Smith